USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1017 MISAEL LEON-RIVERA, ET AL., Plaintiffs, Appellants, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Dennis A. Simonpietri on brief for appellant. _____________________ Guillermo Gil, United States Attorney, and Isabel Munoz-Acosta, _____________ ____________________ Assistant United States Attorney, on brief for appellee. ____________________ December 10, 1997 ____________________ Per Curiam. After careful review of the briefs and the __________ record, we are not convinced that the magistrate judge committed any error. We will not second-guess the weight accorded to the evidence or the credibility due to the witnesses. The magistrate judge's findings and conclusions were adequately detailed, supported by the evidence, and consistent with the applicable law. See Clemente v. ___ ________ Carnicon-Puerto Rico Management Assoc., 52 F.3d 383, 389 (1st ______________________________________ Cir. 1995).  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-